## West 44th Street Restaurant LLC

| | Period Start | Period End | Check Date | Check Number |
|---|---|---|---|---|
| | 2/28/2011 | 3/6/2011 | 3/11/2011 | 17732 |

| Employee Name | Employee Number | Social Security No. | Total Hours Paid | Check Amount |
|---|---|---|---|---|
| HARONITIS, DIMITRIOS | 106 | 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 | 6.00 | $1,187.43 |

| Current Earnings | Current Deductions | Current Taxes | YTD Earnings | YTD Subject to FIT | YTD Net Pay |
|---|---|---|---|---|---|
| 1,442.28 | 0.00 | 254.85 | 14,422.80 | 14,422.80 | 11,874.30 |

| Category | Earnings/Ded's/Taxes | Type | Hours | Rate or % | Pieces or Base | Amount | Year to Date | Balance |
|---|---|---|---|---|---|---|---|---|
| | REG | Regular | 6.00 | 240.3800 | | 1,442.28 | 13,220.90 | |
| | Vacation | | | | | | 1,201.90 | |
| Taxes | FIT | | | | 1,442.28 | 50.00 | 500.00 | |
| | Medicare | | | | 1,442.28 | 20.91 | 209.10 | |
| | Soc Sec | | | | 1,442.28 | 60.58 | 605.80 | |
| | NY SIT | | | | 1,442.28 | 77.36 | 773.60 | |
| | NYC IT | | | | 1,442.28 | 45.40 | 454.00 | |
| | NY DIS | | | | 1,442.28 | 0.60 | 6.00 | |
| Other | Vacation | | | | | | | |
| | Sick | | | | | | | |

## West 44th Street Restaurant LLC

| | Period Start | Period End | Check Date | Check Number |
|---|---|---|---|---|
| | 2/21/2011 | 2/27/2011 | 3/4/2011 | 17654 |

| Employee Name | Employee Number | Social Security No. | Total Hours Paid | Check Amount |
|---|---|---|---|---|
| HARONITIS, DIMITRIOS | 106 | 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 | 6.00 | $1,187.43 |

| Current Earnings | Current Deductions | Current Taxes | YTD Earnings | YTD Subject to FIT | YTD Net Pay |
|---|---|---|---|---|---|
| 1,442.28 | 0.00 | 254.85 | 12,980.52 | 12,980.52 | 10,686.87 |

| Category | Earnings/Ded's/Taxes | Type | Hours | Rate or % | Pieces or Base | Amount | Year to Date | Balance |
|---|---|---|---|---|---|---|---|---|
| | REG | Regular | 1.00 | 240.3800 | | 240.38 | 11,778.62 | |
| | Vacation | | 5.00 | 240.3800 | | 1,201.90 | 1,201.90 | |
| Taxes | FIT | | | | 1,442.28 | 50.00 | 450.00 | |
| | Medicare | | | | 1,442.28 | 20.91 | 188.19 | |
| | Soc Sec | | | | 1,442.28 | 60.58 | 545.22 | |
| | NY SIT | | | | 1,442.28 | 77.36 | 696.24 | |
| | NYC IT | | | | 1,442.28 | 45.40 | 408.60 | |
| | NY DIS | | | | 1,442.28 | 0.60 | 5.40 | |
| Other | Vacation | | | | | | | |
| | Sick | | | | | | | |

## West 44th Street Restaurant LLC

Case 1-11-43174-jbr  Doc 9  Filed 04/29/11  Entered 04/29/11 09:27:25

| Period Start | Period End | Check Date | Check Number |
|---|---|---|---|
| 3/7/2011 | 3/13/2011 | 3/18/2011 | 17809 |

| Employee Name | Employee Number | Social Security No. | Total Hours Paid | Check Amount |
|---|---|---|---|---|
| HARONITIS, DIMITRIOS | 106 | 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 | 6.00 | $1,187.43 |

| Current Earnings | Current Deductions | Current Taxes | YTD Earnings | YTD Subject to FIT | YTD Net Pay |
|---|---|---|---|---|---|
| 1,442.28 | 0.00 | 254.85 | 15,865.08 | 15,865.08 | 13,061.73 |

| Category | Earnings/Ded's/Taxes | Type | Hours | Rate or % | Pieces or Base | Amount | Year to Date | Balance |
|---|---|---|---|---|---|---|---|---|
| | REG | Regular | 6.00 | 240.3800 | | 1,442.28 | 14,663.18 | |
| | Vacation | | | | | | 1,201.90 | |
| Taxes | FIT | | | | 1,442.28 | 50.00 | 550.00 | |
| | Medicare | | | | 1,442.28 | 20.91 | 230.01 | |
| | Soc Sec | | | | 1,442.28 | 60.58 | 666.38 | |
| | NY SIT | | | | 1,442.28 | 77.36 | 850.96 | |
| | NYC IT | | | | 1,442.28 | 45.40 | 499.40 | |
| | NY DIS | | | | 1,442.28 | 0.60 | 6.60 | |
| Other | Vacation | | | | | | | |
| | Sick | | | | | | | |

Page 1 of 1

## West 44th Street Restaurant LLC

| Period Start | Period End | Check Date | Check Number |
|---|---|---|---|
| 2/14/2011 | 2/20/2011 | 2/25/2011 | 17578 |

| Employee Name | Employee Number | Social Security No. | Total Hours Paid | Check Amount |
|---|---|---|---|---|
| HARONITIS, DIMITRIOS | 106 | 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 | 6.00 | $1,187.43 |

| Current Earnings | Current Deductions | Current Taxes | YTD Earnings | YTD Subject to FIT | YTD Net Pay |
|---|---|---|---|---|---|
| 1,442.28 | 0.00 | 254.85 | 11,538.24 | 11,538.24 | 9,499.44 |

| Category | Earnings/Ded's/Taxes | Type | Hours | Rate or % | Pieces or Base | Amount | Year to Date | Balance |
|---|---|---|---|---|---|---|---|---|
| | REG | Regular | 6.00 | 240.3800 | | 1,442.28 | 11,538.24 | |
| Taxes | FIT | | | | 1,442.28 | 50.00 | 400.00 | |
| | Medicare | | | | 1,442.28 | 20.91 | 167.28 | |
| | Soc Sec | | | | 1,442.28 | 60.58 | 484.64 | |
| | NY SIT | | | | 1,442.28 | 77.36 | 618.88 | |
| | NYC IT | | | | 1,442.28 | 45.40 | 363.20 | |
| | NY DIS | | | | 1,442.28 | 0.60 | 4.80 | |
| Other | Vacation | | | | | | | |
| | Sick | | | | | | | |

Page 1 of 1